## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

Case No: 12-CR-262 (JEB)

**STANDARD CHARTERED BANK,**

**Defendant.**

## FOURTH AMENDMENT TO DEFERRED PROSECUTION AGREEMENT

Defendant Standard Chartered Bank ("SCB"), a financial institution registered and organized under the laws of England and Wales, by and through its attorneys, Sullivan & Cromwell LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters into this Fourth Amendment to the Deferred Prosecution Agreement with the United States Attorney's Office for the District of Columbia and the Money Laundering and Asset Recovery Section of the Criminal Division of the United States Department of Justice (collectively, the "United States").

This Fourth Amendment applies to the Deferred Prosecution Agreement entered into between the defendant and the United States on December 10, 2012, [Dkt. Entry No. 2], as amended on December 8, 2014 [Dkt. Entry No. 8-1], November 9, 2017 [Dkt. Entry No. 10-1], and July 27, 2018 [Dkt. Entry No. 11-1] (the "DPA"), and is for the purpose of extending the term of the DPA from December 31, 2018 through March 31, 2019.

The United States and SCB agree to amend the DPA as follows:

1. The fourth paragraph, sub-paragraph (i) of the DPA is amended to read:

    This Agreement is effective for a period beginning on the date on which the Information is filed, and ending on March 31, 2019 (the "Term"). SCB expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment of the United States Constitution for the Term of this Agreement. Moreover, if necessary, SCB agrees: (1) to join the Government in seeking to exclude, pursuant to Title 18, United States Code, Section 3161(h)(2), the Term of this

    Agreement from the time within which trial of the offense charged in the Information must commence, for the purpose of allowing SCB to demonstrate its good conduct; and (2) to waive any rights to a speedy trial under Federal Rule of Criminal Procedure 48(b) and Local Criminal Rule 45.1 of the United States District Court for the District of Columbia.

2. The term of the independent compliance monitor as set forth in paragraph 18 of the DPA, added by the Amendment to the Deferred Prosecution Agreement dated December 8, 2014 [*See* Dkt. Entry No. 8-1] (the "2014 DPA Amendment"), and the first paragraph of the Independent Compliance Monitor Agreement [*See* Dkt. Entry No. 8-2] (the "Monitor Agreement"), is extended until March 31, 2019.[1]

3. With the exceptions of the paragraphs above, all terms of the Agreement remain the same.

---

[1] The 2014 DPA Amendment incorporated the requirement of an independent compliance monitor (the "Monitor") pursuant to the parties' Monitor Agreement. The original term of the monitorship ran through July 28, 2018, which was 36 months from the date of the Monitor's engagement by SCB. The Third Amendment to the DPA, filed on July 27, 2018, extended the Monitor's term from July 28, 2018 through December 31, 2018. The material amendment to paragraph 18 contained herein extends of the term of the Monitor from December 31, 2018 through March 31, 2019, which corresponds to the termination of the DPA as hereby amended.

### Acknowledgement on behalf of Standard Chartered Bank

I, Torry Berntsen, CEO, Americas & Regional Head CIB, the duly authorized representative of Standard Chartered Bank, hereby expressly acknowledge the following: (1) that I have read and understand this entire Fourth Amendment as well as other documents filed herewith in conjunction with this Fourth Amendment; (2) that I have read and understand the DPA, the 2014 Amendment to the DPA, the 2017 Second Amendment to the DPA, and the 2018 Third Amendment to the DPA; (3) that I have had an opportunity to discuss this Fourth Amendment fully and freely with Standard Chartered Bank's counsel, Sullivan & Cromwell LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP; (4) that Standard Chartered Bank fully and completely understands each and every one of the terms of this Fourth Amendment; (5) that Standard Chartered Bank is fully satisfied with the advice and representation provided to it by its counsel, Sullivan & Cromwell LLP and, Paul, Weiss, Rifkind, Wharton & Garrison LLP; (6) that I am authorized, on behalf of Standard Chartered Bank, to enter into this Fourth Amendment; and (7) that Standard Chartered Bank has signed this Fourth Amendment knowingly and voluntarily.

_____  
Torry Berntsen  
CEO, Americas & Regional Head CIB

12/21/18  
_____  
Date

**Acknowledgement by Defense Counsel for Standard Chartered Bank**

We, Samuel W. Seymour and Brad S. Karp, the attorneys representing Standard Chartered Bank, hereby expressly acknowledge the following: (1) that we have reviewed and discussed this Fourth Amendment with our client; (2) that we have explained fully each one of the terms of the Fourth Amendment to our client; (3) that we have answered fully each and every question put to us by our client regarding this Fourth Amendment; and (4) that we believe our client fully and completely understands all of the Fourth Amendment's terms.

By: _____          Dec. 20, 2018
Samuel W. Seymour, Esq.              Date
Sullivan & Cromwell LLP
Attorney for Standard Chartered Bank

By: _____          Dec. 20, 2018
Brad S. Karp, Esq.                   Date
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attorney for Standard Chartered Bank

**On behalf of the Government**

JESSIE K. LIU
UNITED STATES ATTORNEY

By: _____
Alessio D. Evangelista
Principal Assistant United States Attorney
D.C. Bar No. 456715
(202) 252-6620

_____
Peter C. Lallas
New York Bar No. 4290623
Michael Friedman
New York Bar No. 4297461
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6765 (Friedman)
(202) 252-6879 (Lallas)


BRIAN A. BENCZKOWSKI
ASSISTANT ATTORNEY GENERAL

By: _____
Deborah L. Connor
Chief
Money Laundering and Asset Recovery Section
D.C. Bar No. 452414
(202) 514-1263

_____
Jennifer L. Wine
D.C. Bar No. 976005
Trial Attorney, Bank Integrity Unit
Money Laundering and Asset Recovery Section
1400 New York Ave., NW
Washington, DC 20005
(202) 616-2595