UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No: 12-CR-262 (JEB) |
| : | |
| **STANDARD CHARTERED BANK,** : | |
| : | |
| **Defendant.** : | |

## FIFTH AMENDMENT TO DEFERRED PROSECUTION AGREEMENT

Defendant Standard Chartered Bank ("SCB"), a financial institution registered and organized under the laws of England and Wales, by and through its attorneys, Sullivan & Cromwell LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters into this Fifth Amendment to the Deferred Prosecution Agreement with the United States Attorney's Office for the District of Columbia and the Money Laundering and Asset Recovery Section of the Criminal Division of the United States Department of Justice (collectively, the "United States").

This Fifth Amendment applies to the Deferred Prosecution Agreement entered into between the defendant and the United States on December 10, 2012, [Dkt. Entry No. 2], as amended on December 8, 2014 [Dkt. Entry No. 8-1], November 9, 2017 [Dkt. Entry No. 10-1], July 27, 2018 [Dkt. Entry No. 11-1]; and December 21, 2018 [Dkt. Entry No. 12-1] (the "DPA"), and is for the purpose of extending the term of the DPA from March 31, 2019 through April 10, 2019.

The United States and SCB agree to amend the DPA as follows:

1. The fourth paragraph, sub-paragraph (i) of the DPA is amended to read:

   This Agreement is effective for a period beginning on the date on which the Information is filed, and ending on April 10, 2019 (the "Term"). SCB expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment of the United States Constitution

for the Term of this Agreement. Moreover, if necessary, SCB agrees: (1) to join the Government in seeking to exclude, pursuant to Title 18, United States Code, Section 3161(h)(2), the Term of this Agreement from the time within which trial of the offense charged in the Information must commence, for the purpose of allowing SCB to demonstrate its good conduct; and (2) to waive any rights to a speedy trial under Federal Rule of Criminal Procedure 48(b) and Local Criminal Rule 45.1 of the United States District Court for the District of Columbia.

2. The term of the independent compliance monitor as set forth in paragraph 18 of the DPA, added by the Amendment to the Deferred Prosecution Agreement dated December 8, 2014 [*See* Dkt. Entry No. 8-1] (the "2014 DPA Amendment"), and the first paragraph of the Independent Compliance Monitor Agreement [*See* Dkt. Entry No. 8-2] (the "Monitor Agreement"), is not being further extended and will end on March 31, 2019.[1]

With the exceptions of the paragraphs above, all terms of the Agreement remain the same.

---

[1] The 2014 DPA Amendment incorporated the requirement of an independent compliance monitor (the "Monitor") pursuant to the parties' Monitor Agreement. The original term of the monitorship ran through July 28, 2018, which was 36 months from the date of the Monitor's engagement by SCB. The Third Amendment to the DPA, filed on July 27, 2018, extended the Monitor's term from July 28, 2018 through December 31, 2018. The Fourth Amendment to the DPA, filed on December 21, 2018, extended the Monitor's term from December 31, 2018 through March 31, 2019.

### Acknowledgement on behalf of Standard Chartered Bank

I, Scott Corrigan, Regional General Counsel, Europe & Americas and Head, Government Investigations, the duly authorized representative of Standard Chartered Bank, hereby expressly acknowledge the following: (1) that I have read and understand this entire Fifth Amendment as well as other documents filed herewith in conjunction with this Fifth Amendment; (2) that I have read and understand the DPA, the 2014 Amendment to the DPA, the 2017 Second Amendment to the DPA, the 2018 Third Amendment to the DPA, and the 2018 Fourth Amendment to the DPA; (3) that I have had an opportunity to discuss this Fifth Amendment fully and freely with Standard Chartered Bank's counsel, Sullivan & Cromwell LLP and Paul, Weiss, Rifkind, Wharton & Garrison LLP; (4) that Standard Chartered Bank fully and completely understands each and every one of the terms of this Fifth Amendment; (5) that Standard Chartered Bank is fully satisfied with the advice and representation provided to it by its counsel, Sullivan & Cromwell LLP and, Paul, Weiss, Rifkind, Wharton & Garrison LLP; (6) that I am authorized, on behalf of Standard Chartered Bank, to enter into this Fifth Amendment; and (7) that Standard Chartered Bank has signed this Fifth Amendment knowingly and voluntarily.

_____  
Scott Corrigan  
Regional General Counsel, Europe & Americas  
and Head, Government Investigations  
Standard Chartered PLC

March 29, 2019  
Date

3

### Acknowledgement by Defense Counsel for Standard Chartered Bank

We, Samuel W. Seymour and Brad S. Karp, the attorneys representing Standard Chartered Bank, hereby expressly acknowledge the following: (1) that we have reviewed and discussed this Fifth Amendment with our client; (2) that we have explained fully each one of the terms of the Fifth Amendment to our client; (3) that we have answered fully each and every question put to us by our client regarding this Fifth Amendment; and (4) that we believe our client fully and completely understands all of the Fifth Amendment's terms.

By: _Samuel W. Seymour / KEL_   March 29, 2019
Samuel W. Seymour, Esq.                    Date
Sullivan & Cromwell LLP
Attorney for Standard Chartered Bank

By: _Brad S. Karp_   March 29 2019
Brad S. Karp, Esq.                          Date
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attorney for Standard Chartered Bank

4

**On behalf of the Government**

    JESSIE K. LIU
    UNITED STATES ATTORNEY

    ALESSIO D. EVANGELISTA
    PRINCIPAL ASSISTANT UNITED STATES ATTORNEY

By: _____
    Peter C. Lallas
    New York Bar No. 4290623
    Michael Friedman
    New York Bar No. 4297461
    Assistant United States Attorneys
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-6765 (Friedman)
    (202) 252-6879 (Lallas)


    BRIAN A. BENCZKOWSKI
    ASSISTANT ATTORNEY GENERAL

    DEBORAH L. CONNOR
    CHIEF, MONEY LAUNDERING AND ASSET RECOVERY SECTION

By: _____
    Jennifer L. Wine
    D.C. Bar No. 976005
    Trial Attorney, Bank Integrity Unit
    Money Laundering and Asset Recovery Section
    1400 New York Ave., NW
    Washington, DC 20005
    (202) 616-2595