UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No.  12-cr-262 (JEB) |
| **STANDARD CHARTERED BANK** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through undersigned counsel, hereby moves to dismiss with prejudice the criminal information filed in the above-captioned case against defendant Standard Chartered Bank ("SCB"). As grounds therefore, the United States states as follows:

1. On December 10, 2012, the United States filed an Information charging SCB with one count of Conspiracy to Violate the International Emergency Economic Powers Act ("IEEPA") in violation of Title 18, United States Code, Section 371, and a Deferred Prosecution Agreement ("2012 DPA") in which the bank accepted responsibility for its conduct, agreed to forfeit $227 million, and agreed to cooperate with future investigations, among other provisions.  ECF Nos. 1 and 2.  Pursuant to the 2012 DPA, the government agreed to defer prosecution for a two-year period provided SCB abide by the conditions of the 2012 DPA.

2. On December 19, 2014, the government filed the first of five Amended Deferred Prosecution Agreements in which the parties agreed to extend the term of the 2012 DPA.  ECF No. 8.

3. On April 9, 2019, the government filed a Superseding Information charging SCB with two counts of Conspiracy to Violate IEEPA.  ECF Nos. 15 and 17.  On the same day, the

1

government filed an Amended Deferred Prosecution Agreement ("2019 DPA") in which the government agreed to defer the prosecution for two years in exchange for, among other things, SCB paying an additional financial penalty, agreeing to future cooperation and disclosure requirements, and agreeing to continue compliance obligations.  ECF No. 16.

4. The United States has determined that SCB has complied with its obligations under the 2019 DPA and that dismissal with prejudice of the Superseding Information is therefore appropriate pursuant to paragraph 21 of that agreement.

WHEREFORE, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court, the United States hereby moves to dismiss with prejudice the Superseding Information.

                        CHANNING PHILLIPS
                        ACTING UNITED STATES ATTORNEY

By:          /s/
                Michael Friedman
                N.Y. Bar No. 4297461
                Peter C. Lallas
                N.Y. Bar No. 4290623
                Assistant United States Attorneys
                555 4th Street NW
                Washington, D.C. 20530
                (202) 252-6765 (Friedman)
                (202) 252-6879 (Lallas)


                DEBORAH L. CONNOR
                CHIEF, MONEY LAUNDERING AND ASSET
                RECOVERY SECTION

By:          /s/
                Jennifer Ambuehl
                Ill. Bar No. 6295766
                Chief, Bank Integrity Unit
                Margaret A. Moeser
                Deputy Chief, Bank Integrity Unit
                Cal. Bar No. 253177
                Money Laundering and Asset Recovery Section
                1400 New York Avenue NW
                Washington, DC 20005
                (202) 307-3066 (Ambuehl)