UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 12-cr-262 (JEB) |
| : | |
| STANDARD CHARTERED BANK : | |
| : | |
| Defendant. : | |

## ORDER TO DISMISS WITH PREJUDICE

Having considered the Government's Motion to Dismiss With Prejudice the Superseding Information currently pending in this matter pursuant to Fed. R. Crim. P. 48(a), it is hereby

ORDERED that the Government's Motion is GRANTED and the Superseding Information in the above-captioned matter is hereby dismissed with prejudice.

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT COURT JUDGE

4